**Motions Granted; Abatement Order filed May 23, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01133-CR
_____

## EX PARTE PABLO JOSE ROLDAN, Appellant

---

### On Appeal from the 208th District Court
### Harris County, Texas
### Trial Court Cause No. 1014795-A

---

## ABATEMENT ORDER

This is an appeal from the denial of appellant's application for writ of habeas corpus seeking to set aside appellant's guilty plea pursuant to article 11.072 of the Texas Code of Criminal Procedure. The trial court is required to "enter a written order including findings of fact and conclusions of law." Tex. Code Crim. Proc. art. 11.072 § 7(a). The record filed with this court does not include any written findings of fact and conclusions of law on the denial of appellant's application. The proper procedure to correct the error is to abate the appeal and direct the trial court to make the required findings and conclusions. See Tex. R. App. P. 44.4. The

State filed a motion to abate for findings and conclusions and a motion to extend time to file its brief. We grant the requests and issue the following order:

We ORDER the appeal ABATED and remand the case to the trial court. The trial court is directed to reduce to writing its findings of fact and conclusions of law on the denial of appellant's application for writ of habeas corpus and have a supplemental clerk's record containing those findings and conclusions filed with the clerk of this court on or before **June 20, 2013**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when a supplemental clerk's record containing the trial court's findings and conclusions is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party. The State's brief shall be due thirty days after the appeal has been reinstated.

It is so ORDERED.

PER CURIAM